ORIGINAL

FILED
FEB 29 2008
U.S. COURT OF FEDERAL CLAIMS

**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| OMEGA WORLD TRAVEL, INC., | ) | Bid Protest |
| Plaintiffs, | ) | |
| | ) | No. 08-118 C |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Fe

were se

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

On February 28, 2008, in conjunction with the filing of this motion, Plaintiff, Omega World Travel, Inc. ("Plaintiff" or "Omega"), filed its Protest Complaint against Defendant. That Protest Complaint contains, and deals with, proprietary and sensitive non-public information about Plaintiff and the services it provides Defendant. This information needs to be protected from disclosure to competitors and the public at large. As such, pursuant to Part 4 of Appendix C of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff respectfully requests that its February 28, 2008 Protest Complaint be sealed.

Defendant has not yet assigned counsel to represent it in this case. Therefore, Plaintiff was not able to confer with Defendant prior to the filing of this motion.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant this motion for leave to file its Protest Complaint under seal and order that the Protest Complaint, and any documents attached thereto, be sealed from the public view.