# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: February 29, 2008)**

* * * * * * * * * * * * * * * * *
**OMEGA WORLD TRAVEL, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's motion, filed February 29, 2008, for leave to file its complaint under seal is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge