**THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| OMEGA WORLD TRAVEL, INC., | ) | Bid Protest |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-118C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PROTECTIVE ORDER AND REQUEST FOR ADMISSION**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, Plaintiff respectfully requests that this Court enter a protective order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order and grant Plaintiff's counsels' admission (Attachments 1, 2 and 3). Defendant's counsel does not oppose this motion.

For the foregoing reasons, Plaintiff respectfully requests that this Court issue the proposed protective order and grant plaintiff's counsels' admission.

Respectfully submitted,

NEEL, HOOPER & BANES, P.C.

By: ______________________________

Bryant S. Banes
Sean D. Forbes
Neel, Hooper & Banes, PC
1800 West Loop South, Suite 1400
Houston, Texas 77027-3008
Tel: (713) 629-1800
Fax: (713) 629-1812
E-mail: bbanes@neelhooper.com
sforbes@neelhooper.com

*Counsel for Plaintiff*

March 4, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 4th day of March, 2008, a copy of the foregoing "Plaintiff's Unopposed Motion for Protective Order and Request for Admission" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

Bryant S. Banes