# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: March 7, 2008)**

* * * * * * * * * * * * * * * * *
*
**OMEGA WORLD TRAVEL, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Plaintiff's unopposed motion, filed March 4, 2008, for a protective order is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge