# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: March 18, 2008)**

* * * * * * * * * * * * * * * * * *
**OMEGA WORLD TRAVEL, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Wednesday, March 19, 2008 at 2:00 pm eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (713) 629-1800; counsel for defendant at (202) 307-0383. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge