# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * *

**OMEGA WORLD TRAVEL, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the March 19, 2008 status conference, the court hereby **ORDERS** the following:

1. CW Government Travel, Inc.'s unopposed motion to intervene in the above-captioned case, filed on March 19, 2008, is **GRANTED**;

2. The government shall file the Administrative Record, on CD-ROM, by **Wednesday, March 26, 2008**;

3. The government shall file its motion for judgment on the Administrative Record by **Monday, March 31, 2008**;

4. The plaintiff shall file its response to the government's motion, and any cross-motion for judgment on the Administrative Record, by **Tuesday, April 15, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge