ORIGINAL

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
MAR 26 2008
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **OMEGA WORLD TRAVEL, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-118C** |
| | ) | **(Judge Firestone)** |
| **THE UNITED STATES** | ) | |
| **Defendant,** | ) | |
| **v.** | ) | |
| **CW Government Travel, Inc.** | ) | |
| **Intervenor.** | ) | |

## NOTICE OF FILING THE ADMINISTRATIVE RECORD

Pursuant tot he Court's order of March 19, 2008, the United States respectfully submits the attached documents upon CD-ROM as the administrative record for the above-captioned case. The record is being filed under seal and contains protected information that may be disclosed only in accordance with the protective order entered in this case. A copy of this record has been served upon plaintiff and intervenor as indicated on the attached proof of service.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

OF COUNSEL:

JOHN CATERINI
BARBARA MARVIN
Attorney Advisors
Office of General Counsel
Justice Management Division
U.S. Department of Justice

VIRGINIA S. GREBASCH
Sr. Assist. General Counsel
U.S. General Services Administration

March ~~31~~ 26, 2008

DOUGLAS K. MICKLE
Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Phone: (202) 307-0383
Fax: (202) 353-7988

Attorneys for Defendant

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on March 26th, 2008, I caused to be placed in overnight mail, a copy of the "ADMINISTRATIVE RECORD" addressed as follows:

Lars E. Anderson
Venable, Baetjer & Howard
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
(703) 760-1600
Attorney representing CW Government Travel, Inc.

and,

Bryant Steven Banes
Neel, Hooper & Banes, PC
1700 West Loop South
Suite 1400
Houston, TX 77027-3008
(713) 629-1800
Attorney representing Omega World Travel, Inc.

Karlesha Bethea