# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: April 9, 2008)**

* * * * * * * * * * * * * * * * *
**OMEGA WORLD TRAVEL, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**CW GOVERNMENT TRAVEL, INC.,**

**Defendant-Intervenor.**
* * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the April 9, 2008 status conference, the court hereby **ORDERS** the following:

1. The plaintiff shall file its motion to supplement the Administrative Record by **Friday, April 11, 2008**;[1]

2. The plaintiff shall file its response to the government's motion to dismiss and for judgment on the Administrative Record, and its cross-motion for judgment on the Administrative Record, by **Tuesday, April 15, 2008**;

---

[1]The parties shall provide the court with a courtesy copy of all of their briefs in **non-PDF electronic format** (Wordperfect) via e-mail to the following address: "firestone_chambers@ao.uscourts.gov".

3. The intervenor shall file its motion for judgment on the Administrative Record by **Tuesday, April 15, 2008**;

4. The government shall file its response to the plaintiff's motion and its reply in support of its motions by **Friday, May 2, 2008**;

5. The intervenor shall file its response to the plaintiff's motion by **Friday, May 2, 2008**;

6. The plaintiff shall file its response to the intervenor's motion by **Friday, May 2, 2008**;

7. The intervenor shall file its reply in support of its motion by **Friday, May 9, 2008**;

8. The plaintiff shall file its reply in support of its motion by **Friday, May 16, 2008**;

9. Oral argument shall be heard on the parties' motions on **Friday, May 30, 2008 at 9:30 am eastern time**.[2] Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (713) 629-1800; counsel for defendant at (202) 307-0383; counsel for intervenor at (703) 760-1600. A court reporter will be present, and the court will initiate the call. If plaintiff's counsel wishes to appear in person, he may arrange to do so by notifying the court.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

[2]Based on representations made by the government during the April 9, 2008 status conference that the government will maintain the status quo until July 1, 2008, the plaintiff's motion for temporary injunctive relief is **DENIED** as moot. The plaintiff's request for permanent injunctive relief will be addressed in the court's decision on the merits.