**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **OMEGA WORLD TRAVEL, INC.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES OF AMERICA,**<br>**Defendant,**<br>**v.**<br>**CW GOVERNMENT TRAVEL, INC.,**<br>**Intervenor.** | **No. 08-118C**<br>**(Judge Firestone)** |

**CW GOVERNMENT TRAVEL, INC.'S OPPOSITION TO PLAINTIFF'S PROTECTIVE ORDER APPLICATIONS FOR CONSULTANTS OR WITNESSES**

Pursuant to the Rules of the United States Court of Federal Claims ("RCFC") and the Protective Order issued in this matter, Intervenor CW Government Travel, Inc. ("CWGT"), by its undersigned counsel, timely opposes the four Applications for Access to Information Under Protective Order by Expert Consultant or Witness ("Protective Order Applications") filed by Plaintiff Omega World Travel, Inc. ("Omega") yesterday, April 29, 2008.

Omega has submitted Protective Order Applications for employees of The McLean Valuation Services Group, LLC ("The McLean Group"). Three of these applications are for "Certified Valuation Analysts," and the remaining application is for an "Accredited Valuation Analyst" (Mr. John Jacob). However, nothing in the instant Protest requires the services of The

McLean Group or any other valuation expert who are normally used in calculating damage claims. In response to a written inquiry from Intervenor's Counsel, Plaintiff's counsel orally advised that The McLean Group would be utilized to perform a best value analysis of the cost of the Department of Justice's ("DOJ's") use of Omega as an accommodated TMC under the TSS Master IDIQ Contract or using CWGT for all travel services, including TMC, under the ETS Master IDIQ Contract.

Such an analysis by outside experts is irrelevant to this Protest for a number of reasons. In the first instance, there is no requirement under the Joint Travel Regulations ("JTR") cited by Omega[1] for the DOJ to perform any best value analysis on a decision to utilize the ETS Master Contract for all travel services. The JTR only requires a best value analysis if DOJ were to decide to use any contract other than the ETS Master Contract for its Travel Management System. Thus, any study or best value analysis performed by The McLean Group is irrelevant to the resolution of this Protest.

Omega's attempts to admit this battery of valuation experts to the Protective Order undoubtedly evidences an intent to subsequently introduce some sort of study or new best value determination they will produce, thus supplementing the Administrative Record ("AR") and requiring further supplementation in response. The introduction of such documents not contained in the AR, and not available to the Agency when decisions were made, would expand the scope of this Protest to a trial de novo on procurement decisions made by DOJ many months

[1] The applicable section of the JTR is set forth as Exhibit 2 to Plaintiff's Response to Defendant's Motion to Dismiss, and in the Alternative, Motion for Judgment upon the Administrative Record with Appendix and Plaintiff's Cross-Motion for Judgment on the Administrative Record.

ago. The Court's inquiry at this point in the proceeding is appropriately focused on the documentation contained in the AR and nothing more. See RCFC 52.1(b).

In sum, unless and until the Court determines to hold a trial in this matter, or to supplement the AR in response to such a motion by Plaintiff, no additional consultants or witnesses are either necessary or appropriate.

Respectfully submitted,

s/ Lars E. Anderson
Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1605 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1623 (Protected Facsimile)
*Counsel to CW Government Travel, Inc.*

*Of Counsel:*
Peter A. Riesen
Patrick R. Quigley
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1605 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1623 (Protected Facsimile)

Dated: April 30, 2008

**CERTIFICATE OF SERVICE**

Intervenor has filed this document electronically via the ECF electronic filing Website of the United States Court of Federal Claims and in accordance with the Rules of the Court of Federal Claims, Appendix E, Rule 12 has, therefore, served notice on counsel of record.

Respectfully submitted,

s/ Lars E. Anderson

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1605 (Telephone)
(703) 821-8949 (Facsimile)
(703) 760-1623 (Protected Facsimile)
*Counsel to CW Government Travel, Inc.*

Dated: April 30, 2008