# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: April 30, 2008)**

* * * * * * * * * * * * * * * * * 
*
**OMEGA WORLD TRAVEL, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the April 30, 2008 status conference, the court hereby amends the April 9, 2008 scheduling order as set forth below; all other respects of the April 9, 2008 order remain unchanged.

1. The government shall provide documents related to the following areas from the plaintiff's motion to supplement the Administrative Record by **Friday, May 2, 2008**:

    a. Area 5, including any information related to the assumptions used by the government in performing an analysis of Omega's costs;

    b. Areas 6 and 11, including information regarding any communication between the government and Carlson regarding Omega's proprietary information. If no such documents exist, the Contracting Officer shall supplement her April 28, 2008 declaration accordingly.

2. The government shall file its response to the plaintiff's motion and its reply in support of its motions by **Monday, May 5, 2008**;

3. The intervenor shall file its response to the plaintiff's motion by **Monday, May 5, 2008**;

4. The plaintiff shall file its response to the intervenor's motion by **Monday, May 5, 2008**;

5. The plaintiff shall respond to the government's opposition to supplementing the administrative record in its May 16, 2008 reply.

6. The intervenor's opposition to the plaintiff's protective order applications, filed on April 30, 2008, is **DENIED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge