# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: May 6, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **OMEGA WORLD TRAVEL, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant,** | * |
| | * |
| **and** | * |
| | * |
| **CW Government Travel, Inc.,** | * |
| | * |
| **Defendant-intervenor,** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

The plaintiff's motion, filed May 6, 2008, to seal its May 5, 2008 response to "CW Government Travel, Inc.'s motion to dismiss, and in the alternative, motion for judgment upon the administrative record is **GRANTED**. Accordingly, the Clerk of the Court shall seal plaintiff's May 5, 2008 filing.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge