# In the United States Court of Federal Claims

**No. 08-118C**
**(Filed: May 15, 2008)**

* * * * * * * * * * * * * * * * *
**OMEGA WORLD TRAVEL, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**CW GOVERNMENT TRAVEL, INC.,**

**Defendant-Intervenor.**
* * * * * * * * * * * * * * * * *

## O R D E R

Oral argument shall be heard on the parties' motions on **Friday, May 30, 2008 at 9:30 am eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in lobby on the day of the argument.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge